UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1061
(1:22-cv-00407-AJT-JFA)

_____

GREGORY DALZELL, JR.

Plaintiff - Appellant

v.

ARLINGTON COUNTY SHERIFF'S OFFICE; BETH ARTHUR, Sheriff, in her
individual and official capacity

Defendants - Appellees

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge
requested a poll under Fed. R. App. P. 40. The court denies the petition for
rehearing en banc.

For the Court

/s/ Nwamaka Anowi, Clerk